IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB CAMPBELL, #99447, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:22-cv-00978-SMY |
| STATE OF ILLINOIS, et al. | ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's July 7, 2022 Order (Doc. 14), this action is **DISMISSED without prejudice**.

**DATED**: July 7, 2022

                                        **MONICA A. STUMP, CLERK of COURT**

                                        By: *s/ Tanya Kelley*
                                                **Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*
                    **STACI M. YANDLE**
                    **United States District Judge**